**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

March 5, 2007

No. 05-1087

UNITED STATES OF AMERICA
v.
URSULA ADAMS,  Appellant

(W. D. of PA No.  03-CR-23E-3)

PRESENT:   SLOVITER and  AMBRO, Circuit Judges and POLLAK, Disitrict Judge*

   Unopposed Motion by Appellant to Voluntarily Withdraw Appeal Pursuant to Rule 42(b) of the Federal Rules of Appellant Procedure.

/s/ Chiquita Dyer via Carolyn Hicks
Chiquita Dyer,  Case Manager
267-299-4919

**CALENDARED FOR: March 9, 2007**

* The Honorable Louis H. Pollak, United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

**O R D E R**

**The foregoing** motion is granted.

By the Court,

/s/   Dolores K. Sloviter
**Circuit Judge**

**Dated:** March 6, 2007
CMD/cc: John J. Mead, Esq.
      Laura S. Irwin, Esq.
      Michael L. Ivory, Esq.