IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 03-23 Erie |
| | ) |
| URSULA ADAMS | ) |

**APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Ursula Adams, 20153-068, Year of Birth: 1975, Caucasian, Female.

2. Detained by: FCI Danbury, Route 37, Danbury, Connecticut 06811.

3. Detainee has been sentenced in this district for violation of Title 21, United States Code, Section 846, and is presently in federal custody at FCI Danbury, Danbury, Connecticut.

4. The above case is set for a re-sentencing at Erie, Pennsylvania on April 12, 2007, at 2:00 p.m., and it shall therefore be necessary for detainee to be present in Court at that time.

5. The Warden of FCI Danbury, Danbury, Connecticut has no objection to the granting of this petition.

s/Christian A. Trabold
CHRISTIAN A. TRABOLD
Assistant U.S. Attorney
PA ID No. 75013

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

_____      _____
DATE                      UNITED STATES DISTRICT JUDGE

cc: United States Attorney